Bankruptcy No. 08-18579SR    Adversary No. 09-00033

CERTIFICATE OF SERVICE

I, _LAWRENCE RUBIN_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __2/3/08__ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:


(X) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


( ) Residence Service: By leaving the process with the following adult at:


( ) Publication: The defendant was served as follows:[Describe briefly]


( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

__2/8/09__                              _____
Date                                     Signature

Print Name            LAWRENCE S. RUBIN, ATTY.
                      WWW.PENNLAWYER.COM
Business Address      337 W. STATE ST
                      MEDIA, PA 19063-2615
City, State, Zip      _____