UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Carmena Hist | : Bky. No. 08-18579 SR |
| Debtors | : Chapter 13 |

| | |
|---|---|
| Carmena Hist | : |
| v. | : |
| Sovereign Bank | : Adv. 09-0033 |

**JUDGMENT**

AND NOW, this 11th day of March, 2009, it is ordered and adjudged as follows:

1. The claim of Sovereign Bank is determined to be unsecured.

2. *Provided the debtors complete their chapter 13 successfully and are granted a chapter 13 discharge, the debt owed to Sovereign Bank shall also be discharged and the lien upon the debtors' real property shall and will be cancelled and avoided.*

_____
Chief, Bankruptcy Judge

Lawrence S. Rubin
Attorney
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com